**THE HAYES LAW FIRM**
Dale A. Hayes, Jr., Esq.
Nevada State Bar No. 9056
4735 S. Durango Dr., Suite 105
Las Vegas, Nevada 89147
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
dhayes@hayeslawNV.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>     vs.<br><br>ULISES LOERA,<br><br>             Defendant. | Case No.:    2:16-mj-00100-CWH<br><br>**STIPULATION AND ORDER<br>TO CONTINUE TRIAL<br>(DEFENSE SECOND REQUEST)** |

**STIPULATION AND ORDER TO CONTINUE TRIAL**
**(DEFENSE SECOND REQUEST)**

**IT IS HEREBY STIPULATED** between Defendant, Ulises Loera, by and through his attorney of record, Dale A. Hayes, Jr., Esq., and Plaintiff, the United States of America, by and through its attorney of record, John P. Burns, Esq., that the trial in this matter, which is currently set for Wednesday, July 20, 2016 at 9:00 a.m., be continued at least thirty (30) days or to the next date and time most convenient for the Court thereafter.  This request for continuance is made due to a calendar conflict with Defendant's counsel and is made in good faith and not for purposes of delay.

DATED this 18th day of July, 2016.                DATED this 18th day of July, 2016.

 /s/ Dale A. Hayes, Jr.                                    .        /s/ John P. Burns                                                .
Dale A. Hayes, Jr., Esq.                                   John P. Burns, Esq., Assistant US Attorney
4735 S. Durango Drive, Suite 105                Daniel Bogden, Esq., United States Attorney
Las Vegas, Nevada 89147                             501 Las Vegas Blvd. South, Suite 1100
                                                                          Las Vegas, NV 89101

**ORDER**

Pursuant to the above and foregoing Stipulation of the parties hereto,

**IT IS HEREBY ORDERED** that the trial set for July 20, 2016 at 9:00 a.m. be vacated and continued to Wednesday, September 28, 2016, at 9:00 a.m. in the above-referenced Court.

DATED July 19, 2016

_____
U.S. MAGISTRATE JUDGE CARL W. HOFFMAN

Respectfully Submitted By:


  /s/ Dale A. Hayes, Jr.                    .
Dale A. Hayes, Jr., Esq.
Nevada Bar No. 9056
dhayes@hayeslawnv.com
4735 S. Durango Drive, Suite 105
Las Vegas, Nevada 89147
*Attorney for Defendant*

**THE HAYES LAW FIRM**
4735 S. Durango Dr., Suite 105
Las Vegas, Nevada 89147
TEL: (702) 656-0808 | FAX: (702) 655-1047